1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      RONALD EUGENE JAMES,                    No.  2:24-cv-00063-DC-CKD (PC)

12                  Plaintiff,

13            v.                                 ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND DISMISSING
14      COUNTY OF SACRAMENTO, et al.,            THIS ACTION

15                  Defendants.                  (Doc. Nos. 10, 13)

16

17            Plaintiff Ronald Eugene James is a county jail inmate proceeding *pro se* and *in forma*

18      *pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred

19      to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

20            On September 12, 2024, the assigned magistrate judge screened Plaintiff's operative first

21      amended complaint and found that Plaintiff had still failed to state any cognizable claims, despite

22      having received guidance from the court regarding the applicable legal standards governing the

23      § 1983 claims brought in this action. (Doc. No. 13.) In particular, the magistrate judge found that

24      plaintiff's allegations failed to show how any of the three named defendants violated a federal

25      right. (*Id.* at 1–2.)

26            Consequently, also on September 12, 2024, the magistrate judge issued findings and

27      recommendations recommending that this action be dismissed, without leave to amend, due to

28      Plaintiff's failure to state a cognizable claim upon which relief may be granted. (*Id.* at 2.) The

                                                      1

magistrate judge explained that "[b]ecause the court already gave plaintiff an opportunity to amend highlighting the same flaws [], granting leave to amend a second time appears futile." (*Id.* at 2.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 3.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

      Accordingly,

1.    The findings and recommendations issued on September 12, 2024 (Doc. No. 13) are adopted in full;

2.    This action is dismissed due to Plaintiff's failure to state a cognizable claim for relief;

3.    The Clerk of the Court is directed to update the docket to reflect that the findings and recommendations issued on April 2, 2024 (Doc. No. 10) were vacated by the magistrate judge's order issued on September 12, 2024 (Doc. No. 13.); and

4.    The Clerk of the Court is directed to close this case.

      IT IS SO ORDERED.

Dated:   **November 6, 2024**

Dena Coggins
United States District Judge

2